WILBER CRUZ BELLO,

    Petitioner,

VS.                                                             CASE NO. 6:26-cv-620-JA-DCI

LOUIS A. QUINONES, JR.;
TODD LYONS; KRISTI NOEM;
PAMELA BONDI; GARRETT
RIPA; U.S. IMMIGRATIONS AND
CUSTOMS ENFORCEMENT; and
DEPARTMENT OF HOMELAND
SECURITY,

    Respondents.

## TEMPORARY RESTRAINING ORDER

Before the Court is Petitioner's Emergency Petition for Writ of Habeas Corpus (Doc. 1), and Emergency Motion for a Temporary Restraining Order (TRO) (Doc. 2). For the reasons stated in *Rondon Rodriguez v. Quinones*, No. 6:26-cv-238 (Doc. 7) (M.D. Fla. Feb. 4, 2026), it is **ORDERED** that:

1. Petitioner's Emergency Motion for a TRO (Doc. 2) is **GRANTED** to the extent that Respondents are **TEMPORARILY RESTRAINED AND ENJOINED** from moving Petitioner out of the Orange County Jail until further order of the Court. No bond is required as the Court

deems it unnecessary. This temporary restraining order expires **Friday, April 3, 2026, at 11:59 p.m.**, unless extended.

2. The Clerk of Court is **DIRECTED** to serve a copy of the Petition (Doc. 1), the Motion for a TRO (Doc. 2), and this Order on Respondents no later than **Monday, March 23, 2026**, and to notify the Court that service has been effected. The Clerk shall serve a copy of the Petition and this Order on:

   a. Immigration and Customs Enforcement (ICE) (attn to the Assistant Field Office Directors) via email at OPLAORLFEDLIT@ice.dhs.gov;

   b. United States Attorney's Office (USAO) via email at USAFLM.Orlando2241@usdoj.gov;

   c. The Orange County Jail/Warden's Office via email at michele.carpentieree@ocfl.net;

   d. The Orange County Sheriff's Office—Legal Services via email at so-as-legalservices@ocsofl.com and OCCDRecords@ocfl.net;

   e. Courtesy copy to the United States Marshal Service (USMS) via email at usms-mfl-orl@usdoj.gov;

   f. Copies via certified mail to the USAO and the United States Attorney General (USAG) at physical addresses on file with the Clerk's office.

3. Respondents are **DIRECTED** to respond in writing to the Petition by **Tuesday, March 24, 2026, at 12:00 p.m.**: (1) asserting the statutory basis for Petitioner's detention; (2) showing cause why the Court should not grant the Petition and issue an injunction; and (3) advising the name and location of the facility where Petitioner is currently located.

4. This matter is **SET** for an evidentiary hearing on **Friday, March 27, 2026, at 10:30 a.m.** in Courtroom 6B of the Orlando Federal Courthouse.

5. Petitioner's presence is **REQUIRED** at the hearing. The Court **ISSUES** a Writ of Habeas Corpus Ad Testificandum as follows:

   a. TO: Louis A. Quinones, Jr.;

   b. TO: Immigration and Customs Enforcement (ICE);

   c. TO: ICE Field Office Director, Orlando Field Office; and

   d. TO: Any United States Marshal.

It appearing to the Court that Wilber Cruz Bello, a material witness in this cause, is now confined in the Orange County Jail, and that this case is set for a hearing before this Court in Courtroom Number 6B, United States Courthouse, 6th Floor, 401 W. Central Boulevard, Orlando, Florida 32801 at 10:30 a.m. on Friday, March 27, 2026, now therefore,

THIS IS TO COMMAND YOU, U.S. Immigration and Customs Enforcement (ICE), or their designee(s) at the Orange County Jail, that you have the body of the said Wilber Cruz Bello, now in the custody of the Orange County Jail and ICE, and confined in the

3

Orange County Jail, Orlando, Florida, and you shall produce him under safe and secure conduct before this Court in Courtroom Number 6B, United States Courthouse, 6th Floor, 401 W. Central Boulevard, Orlando, Florida 32801, at 10:30 a.m. on Friday, March 27, 2026, or at such other time as the Court may direct, to testify, participate, and view the proceedings in this cause; and

THIS IS TO FURTHER COMMAND ICE, or their designee(s) at the Orange County Jail, that you shall maintain continuous custody and control of the body of the said Wilber Cruz Bello at all times while he is being transported to and present in the United States Courthouse for proceedings in this cause; and

THIS IS TO FURTHER COMMAND the United States Marshal or his designee(s) that although ICE, or their designee(s) at the Orange County Jail, shall at all times maintain custody and control of the body of the said Wilber Cruz Bello, you shall be present in the courtroom at all times that the body of the said Wilber Cruz Bello is in the courtroom and shall remain with the body of the said Wilber Cruz Bello at all times that he is present in the United States Courthouse, except when he is secured in the holding cell of the United States Marshal; and

THIS IS TO FURTHER COMMAND ICE, or their designee(s) at the Orange County Jail, that, absent an order otherwise, the body of said Wilber Cruz Bello shall be removed from the United States Courthouse at the close of each day during the pendency of these proceedings, and shall be returned to the United States Courthouse, 401 W. Central Boulevard, Orlando, Florida at 8:30 a.m. each day (or at such other time as the Court may direct), until the conclusion of these proceedings, if necessary.

6. The Clerk is **DIRECTED** to serve copies of the above-issued Writ on:

   a. The Orange County Jail/Warden's Office at michele.carpentieree@ocfl.net;

   b. The Orange County Sheriff's Office—Legal Services at so-as-legalservices@ocsofl.com and OCCDRecords@ocfl.net; and

c. The United States Marshal Service.

7. An interpreter's services are **REQUIRED** at the hearing.

**DONE** and **ORDERED** on March 20, 2026 at 3 : 07 p.m.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Respondents