# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WILBER CRUZ BELLO,

    Petitioner,

VS.                                                     CASE NO. 6:26-cv-620-JA-DCI

LOUIS A. QUINONES, JR.;
TODD LYONS; KRISTI NOEM;
PAMELA BONDI; GARRETT
RIPA; U.S. IMMIGRATIONS AND
CUSTOMS ENFORCEMENT; and
DEPARTMENT OF HOMELAND
SECURITY,

    Respondents.

---

## ORDER

This Order corrects the scrivener's error in the date of the Order (Doc. 11) issued earlier today. As observed by the parties' attorneys, the Order was signed on March 27—after the hearing—rather than on March 26.

**DONE** and **ORDERED** on March 27, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Respondents